## ESCOBAR *v*. ESCOBAR ET AL.

APPEAL from the District Court of Humacao.

No. 529.—Decided June 18, 1910.

NATURAL CHILDREN—ACTION FOR ACKNOWLEDGMENT—PRESCRIPTION.—It having been alleged and proved herein that the plaintiff was born September 29, 1850, and that the action for acknowledgment was not filed until the month of June, 1909, the alleged natural father having died in 1900, the action is barred by prescription, in accordance with the opinion of this court delivered in the cases of *Gual* v. *Bonafoux*, decided June 25, 1909, and *Puente* v. *Amsterdam*, decided June 17, 1910.

The facts are stated in the opinion.

*Mr. Enrique López Díaz* for appellant.

*Mr. Manuel F. Rossy* for respondent.

MR. JUSTICE WOLF delivered the opinion of the court.

This is an action of filiation brought by León Escobar against Ildefonso Escobar and others, the complaint praying for a judgment against the defendants as heirs of Antonio Escobar declaring the plaintiff to be the natural acknowledged son of Antonio Escobar with all the rights given by the Civil Law.

The answer denied the facts of the complaint and among other defenses set up the defense that the action had prescribed, inasmuch as the complainant was born on September 29, 1850, and the action was not begun until July, 1909.

The opinion and judgment of the court below, which was against the complainant, is based upon the defense of prescription. The proof showed that complainant's alleged father died in 1900. There was no showing of any authentic document or solemn act in favor of the complainant. The action is for filiation. Hence the case falls under the principles announced by us in the cases of *Gual* v. *Bonafoux* (15 P. R. Rep., 545), decided by this court on June 25, 1909, and

*Puente* v. *Amsterdam* (16 P. R. Rep., 527), decided on June 17, 1910, and the judgment must be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices MacLeary and del Toro concurred.

Mr. Justice Figueras did not take part in the decision of this case.